**DISMISS and Opinion Filed May 13, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-01229-CV**

**CAROLYN SUE THOMAS, Appellant**
**V.**
**WELLS FARGO BANK, N.A., Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-08648**

## MEMORANDUM OPINION

Before Justices Molberg, Nowell, and Kennedy
Opinion by Justice Kennedy

This appeal challenges three interlocutory orders: two orders granting appellee continuances and an order denying appellant's motion to dismiss appellee's suit against her as frivolous. Interlocutory orders, however, can only be appealed if authorized by statute or rule, *see Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992), and no statute or rule authorizes an appeal of these orders.

In response to our request for jurisdictional briefing, appellant filed a letter asserting the appeal is permitted under Texas Civil Practice and Remedies Code

section 51.014(d).[1] *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d).  Section 51.014(d), however, requires, among other conditions, that the trial court grant permission to appeal, *see id.*, and the trial court here has not granted permission.

Accordingly, lacking jurisdiction, we dismiss the appeal.  *See* TEX. R. APP. P. 42.3(a).

/Nancy Kennedy/
NANCY KENNEDY
JUSTICE

231229F.P05

---

[1] Appellant also cites to Texas Rule of Appellate Procedure 25.1 and Texas Government Code section 22.220.  Appellant, however, confuses jurisdiction over an appeal–statutorily conferred by section 22.220 and invoked upon the filing of a notice of appeal as provided by rule 25.1(b)–with subject matter jurisdiction–a court's authority to decide a case.  *See* TEX. GOV'T CODE ANN. § 22.220; TEX. R. APP. P. 25.1(b); *Town of Highland Park v. McCullers*, 646 S.W.3d 578, 583(Tex. App.—Dallas 2021, no pet.); *Dallas Cnty. Appraisal Dist. v. Funds Recovery, Inc.*, 887 S.W.2d 465, 468 (Tex. App.—Dallas 1994, writ denied).



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

CAROLYN SUE THOMAS,
Appellant

No. 05-23-01229-CV     V.

WELLS FARGO BANK, N.A.,
Appellee

On Appeal from the 192nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-08648.
Opinion delivered by Justice
Kennedy, Justices Molberg and
Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered May 13, 2024.